PAGE |1 LOCAL NEWS    PORT ISABEL-SOUTH PADRE PRESS April 2, 2015 WEEKL

# TxDOT to lower speed limits on North Padre Boulevard

**By ABBEY KUNKLE**
*Special to the PRESS*

The South Padre Island City Council met Wednesday after a short hiatus due to Spring Break activities. The council covered many topics, most notably discussion on a proposed ordinance to address noncompliance with payment of the Hotel Occupancy Tax (HOT) as well as the discussion with the Texas Department of Transportation (TxDOT) which has agreed to lower speed limits on North Padre Boulevard.

Before the meeting, Council members Alita Bagley, Jo Lee Lamirez, and Dennis Stahl met with members of TxDOT to discuss their recent speed study and the reduction of speed limits on the north end of Padre Boulevard. There has been much discussion regarding the issue of safety for bikers and pedestrians in that area, and TxDOT has agreed to reduce the speed limit from 45 to 40 mph and 40 to 35mph in their respective areas. Other positive topics that came from the meeting included discussion of resurfacing Padre Boulevard and improving bike lanes by adding rumble strips to remind drivers to keep out of the lanes. In addition, they will likely add three crosswalks to the North end of the road.

The council meeting opened with public comments with the council announcing a dune planting to take place Saturday, April 11 at 9 a.m. Cristin Howard, director of the SPI Birding Center, reported a successful [unreadable] and requested donations of peanut butter and citrus for use on bird feeders and to attract different species. In addition, Jody Hughes, Chairman of [unreadable] SPI Parks, Recreation and [unreadable] granulated Sureeno Realty for being selected as April's Yard of the Month and requested nominations for the month of May. Finally, District Attorney Luis V. Saenz was honored for his work in domestic violence awareness.

Assistant City Manager Darla Jones gave a short report on the progress of the Convention Centre repairs which are currently under budget and ahead of schedule. She also presented options to the council for additional street lighting infrastructure on the west side of South Padre Boulevard near the [unreadable] entrance. Council members agreed that aluminum poles would improve aesthetics and requested that Jones move forward with the project.

Also on the agenda was discussion of the proposed Ordinance 15-07 regulating "Short Term Rentals" to increase compliance with payment of the Hotel Occupancy Tax (HOT). The ordinance would require each rental unit to have a registration number that would also be used to prevent online scams or property rentals. There have been many instances in recent years where visitors believe they are renting a vacation property for the week and upon arrival of the Island, realize that they have been deceived, have lost money, and have nowhere to stay. This even happened to Councilwoman Bagley's permanent residence. In addition, the primary [unreadable] is that it would increase HOT revenue, much of which will be added to the Convention and Visitors Bureau (CVB) budget for promotion of the Island that will directly impact those in the lodging industry. Some concerns were expressed in regards to registration fees and the requirement, especially by those owners and managers who run a large number of properties. In light of these concerns, The City Council will hold a workshop on Wednesday, April 8 to give interested parties the opportunity to give their input on how the ordinance can work to [unreadable] tabled the item until the next City Council meeting which is scheduled for April 8.

Finally, as City Manager Bill [unreadable] year with the City, the council [unreadable] the meeting in executive session to conduct his annual evaluation.

## Coast
*From page 1*

grants available to both law enforcement and educational entities.

Drew Lentz, a self-described "solutions architect" who has helped establish similar [unreadable] the Upper Valley — including for the City of McAllen and the City of Rio Grande City — says many parties could make use of the network. "It's not just local law enforcement that we're hoping takes advantage of this communication — network — that we're building. We're hoping that federal agencies like the Coast Guard, and like Customs and Border Patrol, and like FEMA, and guys like that," he said.

How it works

The network works by installing devices, or nodes, on existing structures, such as electrical poles, and drawing energy from there. The devices, each about as big across as a sheet of paper, said Lentz, would be distributed across the region in a pattern determined by a complex engineering survey that takes into account how changes in terrain would affect the [unreadable]. Hundreds of devices would be needed to serve the region.

"It could be anywhere from 300 to 700. We're looking at somewhere down the middle at 500 right now, and that's a very rough estimate," Lentz said. He added that the price per unit can vary widely depending on the manufacturer. "The cost per unit varies. ... There's some places that it's very expensive. It's $3,000 per device, and there's some places where it's, you know, $500 per device," he said.

One of the advantages of the system, though is its ability to maintain a wireless internet signal even in less than ideal circumstances, such as during a natural disaster or power outage. "In the event of emergency disaster, emergency response, alternative [unreadable] tools can be used to light this stuff up without having any degradation of performance at all," Lentz said, describing how generators or even wind power could be connected to the nodes. Aside from the versatility of power supply options, the network itself can maintain open lines of communication when others fail, Lentz said. "As long as there's one point within the mesh that has a connection out to the world, then all of the other ones can take advantage of that," he said. Amesh network was in place in New Orleans when Hurricane Katrina struck that city and devastated traditional forms of communication. One node was found operational, and through it, communications were re-established with neighboring nodes in a chain reaction of connectivity that subsequently became the primary communication method [unreadable] in the immediate aftermath of the storm, Lentz said.

With that kind of capability in mind, project planners have decided to conduct a pilot program to test the feasibility and success of such a network by linking the Port Isabel Police Department across the bay to the South Padre Island Fire Department.



For Part 2 of this story, visit us online at www.portisabelsouthpadre.com

# ATTENTION TAXPAYERS

## LETTER OF DEMAND

Concerned Citizen

Port Isabel, Texas

R. E., Malfeasance in office

Dear Commissioner Torres;

A group of concerned citizens has examined public records that show that you are in violation of the Port Isabel city charter, which you signed and created on November 28, 1983.

We call your attention to Article 2, section 202, which reads in part "Mayor, Commissionaires, and other officers and employees shall not be indebted to the city, save and except for ad valorem taxes in the current year, and previous year only, but with such ad valorem taxes and any other indebtedness   the City to be timely paid, otherwise constituting a disqualifying indebtedness hereunder;".

Please find enclosed copy of public record which shows without any doubt that you have violated the rules of office and are disqualified from continuing in your office and or running for re-election. We demand you resign from office and withdraw as candidate from the upcoming election.

If you chose not to resign, this letter is to serve as a demand to the mayor and the three other remaining commissioners to remove you from office at the next scheduled meeting. We sincerely hope you resign and avoid the further sanctions authorized by the City Charter.

Sincerely,

Concerned Citizens

CC: Mayor, P.I. City Commissioners, Cameron County District Attorney Office, Cameron County Elections Office, State of Texas Elections, State of Texas Atty. Gen. and Texas Secretary of State.



TAKE SOME OF THE PAIN OUT OF PAYING YOUR PROPERTY TAXES

**EXHIBIT 5**